UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KELLIE MIDDLETON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CAUSE NO. 3:06-CV-130 RM |
| ) | |
| UNIVERSITY OF NOTRE DAME, et al., ) | |
| ) | |
| Defendants ) | |

ORDER OF DISMISSAL

On March 27, 2007, Magistrate Judge Christopher Nuechterlein issued a Report and Recommendation recommending that Kellie Middleton's complaint be dismissed based on Ms. Middleton's failure to respond to two court orders relating to her continued prosecution of this action. Ms. Middleton hasn't responded to the Report and Recommendation, and the time for doing so has passed.

Accordingly, the recommendation of the Magistrate Judge is ACCEPTED and the complaint is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

ENTERED:   May 11, 2007

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court